**FIDDLER GONZALEZ & RODRIGUEZ, P.S.C.**
PO Box 363507
San Juan PR  00936-3507
(787) 753-3113
FEI No. 66-0243707

Invoice No. 30273519
Client No. 05697

October 31, 2011

Page: 1

**FEDERAL & INTERNATIONAL MEDIATION CASES**

**For professional services rendered through October 31, 2011:**

**Matter No :** 00005    **Re:**    **3:11-cv-01239-DRD**
**E. & J. Gallo Winery v. Trigo Corporation**

**Attorney Time Detail**

| Date | Attorney | Hours | Amount |
|---|---|---|---|
| 08/01/11 | DARC | 0.50 | $150.00 |
| 08/09/11 | DARC | 1.00 | 300.00 |
| 08/11/11 | DARC | 1.00 | 300.00 |
| 08/19/11 | DARC | 0.20 | 60.00 |
| 08/25/11 | DARC | 6.00 | 1,800.00 |
| 08/26/11 | DARC | 6.00 | 1,800.00 |
| 08/31/11 | DARC | 1.50 | 450.00 |
| 09/09/11 | DARC | 1.00 | 300.00 |
| 09/13/11 | DARC | 0.30 | 90.00 |
| 09/14/11 | DARC | 0.20 | 60.00 |
| 09/16/11 | DARC | 0.50 | 150.00 |

**FIDDLER GONZALEZ & RODRIGUEZ, P.S.C.**
PO Box 363507
San Juan PR  00936-3507
(787) 753-3113
FEI No. 66-0243707

**Invoice No. 30273519**
**Client No. 05697**

*October 31, 2011*  *Page:* 2

### Attorney Time Detail

| Date | Attorney | Hours | Amount |
|---|---|---|---|
| 09/29/11 | DARC | 0.20 | 60.00 |
| 09/30/11 | DARC | 0.80 | 240.00 |
|  | **Total fees** |  | **$5,760.00** |

### Attorney Time Summary

| Rank | Attorney | Hours | Rate | Amount |
|---|---|---|---|---|
| Shareholder | D. Ramos | 19.20 | 300 | $5,760.00 |
|  | Total fees: | 19.20 |  | $5,760.00 |

### Disbursements

| Description | Amount |
|---|---|
| Photocopies | $4.00 |
| Total disbursements**:** | $4.00 |

**Bill Summary**
**Total Fees**                    $5,760.00
**Disbursements**                      4.00
**Total This Invoice**            $5,764.00

***PAYMENT OF THIS INVOICE IS DUE UPON RECEIPT.***

**FIDDLER GONZALEZ & RODRIGUEZ, P.S.C.**
PO Box 363507
San Juan PR  00936-3507
(787) 753-3113
FEI No. 66-0243707

Invoice No. 30273519
Client No. 05697

October 31, 2011

**Matter No :** 00005    **Re:**    **3:11-cv-01239-DRD**

E. & J. Gallo Winery v. Trigo Corporation

# REMITTANCE ADVICE

**Bill Summary**

| | |
|---|---|
| Total Fees | $5,760.00 |
| Disbursements | 4.00 |
| Total This Invoice | $5,764.00 |

*TO INSURE PROPER CREDIT TO YOUR ACCOUNT,
PLEASE RETURN THIS REMITTANCE ADVICE WITH YOUR PAYMENT.*