IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| E. & J. GALLO WINERY,<br><br>Plaintiff,<br><br>v.<br><br>TRIGO CORPORATION<br><br>Defendant | Civil No.:11-1239 (DRD) |

### AMENDED JUDGMENT

Pursuant to the parties reaching and executing a mutually beneficial settlement agreement, (Docket No. 48-1), the Court hereby enters a final amended judgment **DISMISSING THE INSTANT CASE WITH PREJUDICE**, and retains jurisdiction to enforce the terms of the settlement agreement.

**THIS CASE IS NOW CLOSED FOR ALL STATISTICAL PURPOSES.**

**IT IS SO ORDERED, ADJUDGED AND DECREED.**

In San Juan, Puerto Rico this 29th day of February, 2012.

/s/ DANIEL R. DOMÍNGUEZ

DANIEL R. DOMÍNGUEZ
U.S. District Judge

-1-